IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy: Laura Galera          Date: June 6, 2012
Court Reporter:     Kara Spitler

---

Civil Action No. 12-cv-00655-RBJ

*Parties*:                              *Counsel*:

JEFFREY BELLMAN, and                    James Gray
THOMAS R. SAMUELSON,

     Plaintiffs,

v.

I3CARBON, LLC,                          Bradford Lam
PATRIC GALVIN,                          John Madden, III
ROBERT HANFLING,                        Mollie Hawes
FAISAL SYED,
CHRISTOPHER GALVIN,                     John Madden, III
REBECCA GALVIN, AND
DAVID SUNSHINE,                         Mollie Hawes

     Defendants.

---

**COURTROOM MINUTES**

---

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      8:30  a.m.**

Court calls case.  Appearances of counsel.

8:32 a.m.       Argument by Mr. Madden, III as to the Motion of Defendants I3 Carbon, LLC,
                Patric Galvin, Robert Hanfling, Faisal Syed, Christopher Galvin and Rebecca
                Galvin to Compel Arbitration and Stay Action or, in the Alternative, to Dismiss
                the Action Doc. #[23].

8:58 a.m.       Argument by Ms. Hawes.

9:14 a.m.          Statement by Mr. Lam.

9:15 a.m.          Argument by Mr. Gray.

9:34 a.m.          Rebuttal argument by Mr. Madden, III.

For the reasons as stated on the record it is,

**ORDERED:**   Motion of Defendants I3 Carbon, LLC, Patric Galvin, Robert Hanfling, Faisal Syed, Christopher Galvin and Rebecca Galvin to Compel Arbitration and Stay Action or, in the Alternative, to Dismiss the Action Doc. #[23] is DENIED.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties: **July 20, 2012.**

Fact Discovery Cut-off: **February 15, 2013.**

Expert Discovery Cut-off: **May 10, 2013.**

Dispositive Motions deadline: **June 7, 2013.**

Plaintiff shall designate affirmative experts **on or before March 8, 2013.**

Defendants shall designate affirmative experts **on or before March 29, 2013.**

Parties shall designate rebuttal experts **on or before April 12, 2013.**

**<u>FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE</u>**  is set for **August 30, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should meet and confer regarding the jury instructions prior to the Trial Preparation Conference.  Parties should be prepared to go over the proposed jury instructions at the Trial Preparation Conference.**

The parties anticipate a seven day jury trial.

**<u>JURY TRIAL</u>** is set for **September 23, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**   Within the next **30 days** the parties are ordered to arrange the depositions of Mr. Samuelson, Mr. Bellman and Mr. Galvin.  Each deposition should not exceed 4 hours.  The parties should then set a mediation no later than **2-4 weeks** after the depositions have been completed.

HEARING CONCLUDED.
**Court in recess:** **10:13 a.m.**
Total time in court:    01:43