IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00655-RBJ

JEFFREY BELLMAN, an individual and
THOMAS R. SAMUELSON, an individual,

    Plaintiffs,

v.

I3CARBON, LLC, a Colorado limited liability company;
PATRICK GALVIN, an individual;
ROBERT HANFLING, an individual;
FAISAL SYED, an individual;
CHRISTOPHER GALVIN, an individual;
REBECCA GALVIN, an individual; and
DAVID SUNSHINE, an individual,

    Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **seven-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **September 23, 2013 at 9:00 a.m.**

    A Final Pretrial/Trial Preparation Conference is set for **August 30, 2013 at 9:00 a.m.** Counsel who will try the case shall attend in person.

    During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 6th day of June, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge