IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00655-RBJ

JEFFREY BELLMAN, an individual, THOMAS R. SAMUELSON, an individual,

Plaintiffs,

vs.

I3CARBON, LLC, *et al.*

Defendants.

## ORDER RE: JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Motion for Voluntary Dismissal with Prejudice. ECF No. 109. Having reviewed the same, and being fully advised of the premises, and finding that there is good cause shown for the relief sought herein, the Court hereby finds and concludes:

1. The Joint Motion for Voluntary Dismissal with Prejudice is GRANTED. Plaintiffs' claims herein against all Defendants are dismissed with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2), to be effective as of September 25, 2015.

2. The Court expressly retains jurisdiction to receive and decide any potential motion to enforce the Settlement Agreement filed on or before September 25, 2015.

3. Each Party will each bear their own costs and fees in connection with this action.

DATED this 25th day of September, 2015.

BY THE COURT:

R. Brook Jackson
United States District Judge